# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 16-85-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| BRUCE LEE WOLFBLACK, | |
| Defendant. | |

Pending before the Court is the United States' Unopposed Motion to Dismiss Count I of the Indictment Without Prejudice (Doc. 24). For good cause being shown,

IT IS HEREBY ORDERED that the motion to dismiss count I of the indictment without prejudice is **GRANTED**.

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 6th day of April, 2018.

SUSAN P. WATTERS
United States District Judge

1